IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH WELCH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-cv-899-TFM |
| | ) [wo] |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered herewith, it is ORDERED and ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and this case be and hereby is REMANDED to the Commissioner for further consideration and proceedings consistent with the Opinion entered herewith.

DONE this 20th day of February, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE